UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:  
    MICHAEL LYN JONES

Debtor(s)

Case No. A17-63627-PWB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mary Ida Townson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/02/2017.

2) The plan was confirmed on 11/15/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/05/2018.

5) The case was dismissed on 12/20/2018.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $45,480.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,526.01 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$17,526.01** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,388.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,274.35 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,662.35** |

Attorney fees paid and disclosed by debtor:  $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 13/7, LLC | Unsecured | 1,509.00 | 1,604.91 | 1,604.91 | 0.00 | 0.00 |
| 13/7, LLC | Unsecured | 942.00 | 941.62 | 941.62 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 0.00 | 640.35 | 640.35 | 0.00 | 0.00 |
| CITY OF SPRINGDALE | Unsecured | 0.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 0.00 | 384.96 | 384.96 | 0.00 | 0.00 |
| EAGLE LOAN COMPANY OF OHIO, IN | Unsecured | 1,382.00 | 1,382.30 | 1,382.30 | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | NA | 0.00 | 8,401.58 | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Secured | 27,305.00 | 26,976.58 | 18,575.00 | 10,448.98 | 510.48 |
| INFINITE ENERGY, INC. | Unsecured | 245.00 | 244.98 | 244.98 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 527.02 | 527.02 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 23,000.00 | 5,230.00 | 5,230.00 | 772.88 | 131.32 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 15,887.47 | 15,887.47 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 0.00 | 324.28 | 324.28 | 0.00 | 0.00 |
| MICHIGAN DEPARTMENT OF TREAS | Unsecured | 9,513.00 | 9,498.77 | 9,498.77 | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST | Unsecured | 299.00 | 305.11 | 305.11 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 6,762.00 | 5,196.53 | 5,196.53 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 472.75 | 472.75 | 0.00 | 0.00 |
| REVIVER FINANCIAL, LLC | Unsecured | 1,099.99 | 1,099.99 | 1,099.99 | 0.00 | 0.00 |
| Hunter Warfield | Unsecured | 3,924.00 | NA | NA | 0.00 | 0.00 |
| Interstate Credit Collections | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| Meade & Associates | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters, Llc | Unsecured | 1,099.00 | NA | NA | 0.00 | 0.00 |
| Plaza Services, Llc | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| Recovery One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rent Recovery Solution | Unsecured | 3,164.00 | NA | NA | 0.00 | 0.00 |
| Rise Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rise Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Safco | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Spectrum | Unsecured | 523.09 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 288.03 | NA | NA | 0.00 | 0.00 |
| Credit Management, LP | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit One Bank Na | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Fst Premier | Unsecured | 801.00 | NA | NA | 0.00 | 0.00 |
| Fst Premier | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |
| Autotrakk | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Autotrakk | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF SPRINGDALE | Priority | 349.00 | NA | NA | 0.00 | 0.00 |
| Ad Astra Recovery | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| American General Financial/Springleaf Fi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Visa Dept Store National Bank/Macy's | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| SUMMIT MANAGEMENT SERVICES | Unsecured | 2,609.34 | 2,855.52 | 2,855.52 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,575.00 | $10,448.98 | $510.48 |
| All Other Secured | $5,230.00 | $772.88 | $131.32 |
| **TOTAL SECURED:** | **$23,805.00** | **$11,221.86** | **$641.80** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $527.02 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$527.02** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$49,511.12** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,662.35 |
| Disbursements to Creditors | $11,863.66 |
| **TOTAL DISBURSEMENTS:** | **$17,526.01** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2019                By: /s/ Mary Ida Townson
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| MICHAEL LYN JONES ) | |
| ) | CASE NO. A17-63627-PWB |
| ) | |
| DEBTOR ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

   MICHAEL LYN JONES
   1390 NORTHSIDE DR NW
   APT 2226
   ATLANTA, GA  30318

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

   BERRY & ASSOCIATES

DATED:  01/10/2019

                                                     /S/
                                        Mary Ida Townson, Chapter 13 Trustee
                                        State Bar No. 715063
                                        191 Peachtree Street
                                        Suite 2200
                                        Atlanta, GA  30303-1740
                                        (404) 525-1110
                                        maryidat@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**